UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIAN GIL ROJAS | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-056 |
| | § | |
| FRANK VANEGAS, Facility Administrator for El Valle Detention Center, et al, | § § § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus, Request for Temporary Restraining Order, or in the Alternative, for a Preliminary Injunctive Relief (Dkts. 1 and 2). Based on the initial pleading, it is:

**ORDERED** that Respondents shall **not physically remove** Petitioner Adrian Gil Rojas from the United States until the Court's resolution of the writ of habeas corpus or other Order of this Court.

**ORDERED** that Counsel for Petitioner immediately serve a copy of the Petition for Writ of Habeas Corpus, Request for Temporary Restraining Order, or in the Alternative, for a Preliminary Injunctive Relief and <u>this Order</u> upon the Respondents.

**ORDERED** that the Respondent file, by no later than March 28, 2025, a submission to show cause why the writ of habeas corpus should not be granted.

**ORDERED** a hearing on the Temporary Restraining Order precluding the Respondents from physically removing Petitioner Adrian Gil Rojas from the United States is set for **<u>April 9, 2025, at 1:30 p.m</u>**.

SIGNED this 14th day of March, 2025.

_____
Rolando Olvera
United States District Judge