# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ADRIAN GIL ROJAS, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. 1:25-CV-00056 |
| § | |
| FRANK VANEGAS, Facility Administrator § | |
| for El Valle Detention Center, et al., § | |
| § | |
| Respondents. § | |

## ORDER DENYING INJUNCTIVE RELIEF

Today, this Court considered Petitioner Adrian Gil Rojas's Motion for Temporary Restraining Order and his request for further injunctive relief. Having considered the pleadings on file and the argument of counsel, this Court finds that Petitioner's motion for injunctive relief and continuation of the temporary restraining order herein should be and is DENIED.

IT IS ORDERED that the Temporary Restraining Order currently in place is hereby terminated effective _____ a.m./p.m.

Signed: _____         _____
                                    HON. ROLANDO OLVERA
                                    U.S. DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF TEXAS