**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ADRIAN GIL ROJAS, "Petitioner," | § § § § | |
| v. | § § | Civil Action No. 1:25-cv-00056 |
| FRANK VENEGAS, et al., "Respondents." | § § § | |

## ORDER

On this day came to be heard Petitioner and Respondents on the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court holds that Petitioner is a Venezuelan national with valid Temporary Protected Status and was wrongfully detained under 8 U.S.C. 1254a(a)(1)(A). The Court further holds that Respondents produced no evidence that Petitioner is a danger to the public. The Respondents arrested Petitioner in New York, and transferred him to Brownsville, Texas.

Thus, it is hereby **ORDERED** that Respondents, at their expense, return Petitioner to the city of his arrest in New York, as soon as reasonably possible. It is further **ORDERED** that Petitioner be released on his own recognizance as soon as possible, with the recommendation that an ankle monitor be placed on Petitioner pending his immigration hearing.

Signed on this 2nd day of April 2025.

_____
Hon. Rolando Olvera
United States District Judge