United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ADRIAN GIL ROJAS,<br><br>*Petitioner,*<br><br>v.<br><br>FRANK VANEGAS, Facility Administrator for El Valle Detention Center; MIGUEL VERGARA, Acting Field Office Director, San Antonio Field Office, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAMELA JO BONDI, United States Attorney General, *in their official capacities*,<br><br>*Respondents.* | Civil Action No.:  1:25-cv-56 |

**ORDER**

Pending before the Court is the parties' Agreed Motion to Amend its April 2, 2025 Order. After reviewing the pleading and counsels' arguments, the Court **GRANTS** the motion.

At a hearing on April 2, 2025, the Court heard Petitioner and Respondents on the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court holds that Petitioner is a Venezuelan national with valid Temporary Protected Status and was wrongfully detained under 28 U.S.C. § 1254a(a)(1)(A). The Court further holds that Respondents produced no evidence that Petitioner is a danger to the public. The Respondents arrested Petitioner in New York, and transferred him to Brownsville, Texas.

Thus, it is hereby **ORDERED** that Respondents, at their expense, return Petitioner to the city of his arrest in New York, as soon as reasonable practicable. It is further **ORDERED** that Petitioner be released on his own recognizance as soon as possible, with the recommendation that an ankle monitor be placed on Petitioner pending his immigration hearing. In the alternative, it is **ORDERED** that Petitioner be released locally by agreement of the parties.

Signed this \_3rd\_ day of April 2025

_____
Hon. Rolando Olvera
United States District Judge

Approved by:

 */s/ Nancy L. Masso*            */s/ Javier N. Maldonado*
Nancy Masso                             Javier N. Maldonado
Attorney for Respondents          Attorney for Petitioner
(with permission)