United States District Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ADRIAN GIL ROJAS, <br> "Petitioner," <br><br> v. <br><br> FRANK VENEGAS, et al., <br> "Respondents." | §§§§§§§ Civil Action No. 1:25-cv-00056 |

## ORDER

This case was resolved by this Court's Orders (Dkt. Nos. 18 & 20) and Respondents' "Advisory" (Dkt. No. 21) that the Orders were complied with. The parties are **ORDERED** to submit a short brief advising the Court if there are any remaining issues by <u>August 14, 2025</u>. If no issues remain, or no brief is filed, the parties are notified that the Court will close this case.

Signed on  July 25, 2025.

_____
Rolando Olvera
United States District Judge